# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANE VITKA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:18-CV-220 |
| ) | |
| ) | |
| JOHN WETZEL, et al, ) | |
| Defendants. ) | |

## MEMORANDUM ORDER

This action was received by the Clerk of Court on August 8, 2018. This matter was referred to United States Magistrate Judge Richard A. Lanzillo, for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

Plaintiff named twelve individuals as Defendants to this action. By Order dated November 1, 2018, Plaintiff was directed to supply a USM285 form for each individual Defendant in order for the U.S. Marshal Service to accomplish service. ECF No. 9. Instead, Plaintiff submitted the forms for only three of the named Defendants: Basher, Jones, and Showers.

On March 11, 2019, Defendants Basher, Jones, and Showers filed a motion to dismiss [ECF No. 20] and by Order filed March 29, 2019, Plaintiff was directed to file a brief in Opposition before April 29, 2019. ECF No. 22. To date, Plaintiff has failed to file any opposition brief.

By Order dated April 12, 2019, Plaintiff was directed to submit the USM285 forms for the nine Defendants not yet served. ECF No. 23. Plaintiff failed to do so.

1

On May 13, 2019, the Court directed Plaintiff to show cause before May 28, 2019, for his failure to submit the USM285forms, as well as for his failure to respond to the pending dispositive motion. ECF No. 24. The Order warned that Plaintiff's continued failure to comply would result in the dismissal of this action for failure to prosecute. ECF No. 24. No response to the show cause was filed.

On June 14, 2019, Magistrate Judge Lanzillo issued a Report and Recommendation recommending that this entire action be dismissed due to Plaintiff's failure to prosecute it. ECF No. 25. The Report and Recommendation explained that any party opposing it must file objections within fourteen days. To date, no objections have been filed.

Each of the Court orders and the Report and Recommendation was mailed to Plaintiff at his address of record.

After *de novo* review of the complaint and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 19th day of July, 2019;

IT IS HEREBY ORDERED that the report and recommendation of Magistrate Judge Lanzillo, issued on June 11, 2019 [ECF No. 25] is adopted as the opinion of the court.

IT IS FURTHER ORDERED that the Clerk of Courts is directed to terminate all pending motions and to close this case.

/s/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
United States District Judge